# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michael E. Parrish Sr.** <br>                                   Debtor(s) <br><br> **PENNYMAC LOAN SERVICES, LLC** <br>                                   Movant <br>         vs. <br><br> **Michael E. Parrish Sr.** <br>                                   Debtor(s) <br><br> **Scott F. Waterman**, <br>                                   Trustee | **BK NO. 17-16289 JKF** <br><br> **Chapter 13** |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 26, 2020</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Michael E. Parrish Sr.
3799 Jacob Stout Road
Unit #15
Doylestown, PA 18902

Attorney for Debtor(s)
Diana M. Dixon, Esq.
107 N. Broad Street (VIA ECF)
Suite 307
Doylestown, PA 18901

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>June 26, 2020</u>

                                                          **/s/Rebecca A. Solarz Esquire**
                                                          Rebecca A. Solarz Esquire
                                                          Attorney I.D. 315936
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          215-825-6327
                                                          rsolarz@kmllawgroup.com