| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-16289-AMC

MICHAEL E. PARRISH, SR.
3799 JACOB STOUT ROAD
UNIT#15
DOYLESTOWN  PA   18902

Petition Filed Date: 09/14/2017
341 Hearing Date: 11/17/2017
Confirmation Date: 03/21/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $1,159.80 | | 02/11/2019 | $1,159.80 | | 03/18/2019 | $1,159.80 | |
| 04/09/2019 | $1,159.80 | | 05/13/2019 | $1,159.80 | | 06/17/2019 | $1,159.80 | |
| 07/15/2019 | $1,159.80 | | 08/16/2019 | $1,159.80 | | 09/06/2019 | $1,159.80 | |
| 10/18/2019 | $1,159.80 | 6261993000 | 11/15/2019 | $1,159.80 | 6331141000 | 12/13/2019 | $1,159.80 | 6401514000 |
| 01/10/2020 | $1,159.80 | 6471470000 | 02/10/2020 | $1,159.80 | 6545471000 | 03/09/2020 | $1,159.80 | 6620133000 |
| 04/08/2020 | $1,159.80 | 6699012000 | 05/18/2020 | $1,159.80 | 6790944000 | 06/12/2020 | $1,159.80 | 6861104000 |
| 07/10/2020 | $1,159.80 | 6930890000 | 08/07/2020 | $1,159.80 | 6998046000 | | | |

**Total Receipts for the Period: $23,196.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,169.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN HERITAGE CREDIT UNION<br>»» 002 | Unsecured Creditors | $16,434.32 | $8,954.46 | $7,479.86 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,388.41 | $1,846.20 | $1,542.21 |
| 6 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $1,225.10 | $1,225.10 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $75.73 | $30.82 | $44.91 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $18,828.98 | $10,259.18 | $8,569.80 |
| 9 | MOMA FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,200.00 | $653.82 | $546.18 |
| 10 | MOMA FUNDING LLC<br>»» 010 | Unsecured Creditors | $758.03 | $413.01 | $345.02 |
| 11 | MOMA FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,806.83 | $984.44 | $822.39 |
| 14 | PENNYMAC LOAN SERVICES LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $4,030.84 | $2,196.25 | $1,834.59 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,649.20 | $1,443.46 | $1,205.74 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $3,711.10 | $2,022.04 | $1,689.06 |

| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $8,388.14 | $4,570.40 | $3,817.74 |
| 13 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $524.75 | $285.88 | $238.87 |
| 15 | DIANA M DIXON ESQ<br>»» 015 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,169.00 | Current Monthly Payment: | $1,159.80 |
| Paid to Claims: | $36,385.06 | Arrearages: | ($1,159.80) |
| Paid to Trustee: | $3,685.91 | Total Plan Base: | $71,164.00 |
| Funds on Hand: | $2,098.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.