| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-16289-AMC**

MICHAEL E. PARRISH, SR.  
3799 JACOB STOUT ROAD  
UNIT#15  
DOYLESTOWN  PA   18902

Petition Filed Date: 09/14/2017  
341 Hearing Date: 11/17/2017  
Confirmation Date: 03/21/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,159.80 | 7577320000 | 05/14/2021 | $1,159.80 | 7669933000 | 06/11/2021 | $1,159.80 | 7735931000 |
| 07/09/2021 | $1,159.80 | 7799504000 | 08/06/2021 | $1,159.80 | 7863591000 | 09/07/2021 | $1,159.80 | 7932567000 |
| 10/18/2021 | $1,159.80 | 8015513000 | 11/12/2021 | $1,159.80 | 8076662000 | 12/13/2021 | $1,159.80 | 8143774000 |
| 01/13/2022 | $1,159.80 | 8207899000 | 02/07/2022 | $1,159.80 | 8263022000 | 03/09/2022 | $1,159.80 | 8329289000 |
| 04/04/2022 | $1,159.80 | 8380139000 | 05/16/2022 | $1,159.80 | 8468642000 | 06/14/2022 | $1,159.80 | 8527980000 |
| 07/14/2022 | $1,159.80 | 8587404000 | | | | | | |

**Total Receipts for the Period:** $18,556.80    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $68,844.40

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN HERITAGE CREDIT UNION<br>»» 002 | Unsecured Creditors | $16,434.32 | $15,737.03 | $697.29 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,388.41 | $3,244.64 | $143.77 |
| 6 | HYUNDAI MOTOR FINANCE COMPANY<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $1,225.10 | $1,225.10 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $75.73 | $62.01 | $13.72 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $18,828.98 | $18,030.08 | $798.90 |
| 9 | MOMA FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,200.00 | $1,149.09 | $50.91 |
| 10 | MOMA FUNDING LLC<br>»» 010 | Unsecured Creditors | $758.03 | $725.87 | $32.16 |
| 11 | MOMA FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,806.83 | $1,730.17 | $76.66 |
| 14 | PENNYMAC LOAN SERVICES LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $4,030.84 | $3,859.82 | $171.02 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,649.20 | $2,536.80 | $112.40 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $3,711.10 | $3,553.65 | $157.45 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $8,388.14 | $8,032.24 | $355.90 |

**Chapter 13 Case No. 17-16289-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $524.75 | $502.47 | $22.28 |
| 15 | DIANA M DIXON ESQ<br>»» 015 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $68,844.40 | Current Monthly Payment: | $1,159.80 |
| Paid to Claims: | $61,888.97 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,877.91 | Total Plan Base: | $71,164.00 |
| Funds on Hand: | $1,077.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.