United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael E. Parrish, Sr.  
    Debtor

Case No. 17-16289-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 24, 2022     Form ID: 138OBJ     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael E. Parrish, Sr., 3799 Jacob Stout Road, Unit #15, Doylestown, PA 18902-9722 |
| 13983671 | + | American Heritage Fed Cred Card, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 13983673 | | Card Services (Barclay's), PO Box 8802, Wilmington, DE 19899-8802 |
| 14480128 | + | Diana M. Dixon, Esq., 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |
| 13983682 | | My Best Buy Visa Card, PO Box 790441, Saint Louis, MO 63179-0441 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2022 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13983672 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2022 00:04:26 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13983674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 00:04:27 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13983675 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 00:04:33 | Citi Cards (Costco), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13983676 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 00:04:27 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13983677 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2022 23:57:00 | Comenity Bank (Pay Pal), PO Box 182789, Columbus, OH 43218-2789 |
| 13983681 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 00:04:33 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14034770 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2022 23:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14051673 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 24 2022 23:57:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13983678 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 24 2022 23:57:00 | Hyundai Motor Finance, Customer Service, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 13983679 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 24 2022 23:57:00 | Hyundai Motor Finance, ATTN: Bankruptcy Department, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13983680 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2022 23:57:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 17-16289-amc   Doc 38   Filed 10/26/22   Entered 10/27/22 00:30:25   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14055915 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 00:04:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14057374 | | Email/PDF: ebnotices@pnmac.com | Oct 25 2022 00:04:27 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14507084 | ^ | MEBN | Oct 24 2022 23:55:34 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 14029899 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 00:04:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13984792 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 25 2022 00:04:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13983683 | | Email/PDF: ebnotices@pnmac.com | Oct 25 2022 00:04:33 | PennyMac, ATN: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14054409 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2022 23:57:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14053448 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 00:04:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13983684 | | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 00:04:33 | Synchrony Bank (Amazon), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 13983685 | | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 00:04:41 | Synchrony Bank (JC Pennys), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 13983686 | | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 00:04:40 | Synchrony Bank (Sam's Club), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 13983687 | | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 00:04:26 | Synchrony Bank (Sleepy's), ATTN: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 13983688 | + | Email/Text: bncmail@w-legal.com | Oct 24 2022 23:57:00 | TD Bak USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14056936 | + | Email/Text: bncmail@w-legal.com | Oct 24 2022 23:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2022           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Michael E. Parrish  Sr. dianamdixonesq@gmail.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC jblank@avallonelaw.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Pennymac Loan Services  LLC robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael E. Parrish, Sr.
      Debtor(s)

Case No: 17−16289−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/24/22

37 − 36
Form 138OBJ